UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDON C. SAVAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00096-JPH-DLP |
| | ) |
| WABASH VALLEY CORRECTIONS, | ) |
| N. MILLER Lieutenant, | ) |
| | ) |
| Defendants. | ) |

**Order Dismissing Action
and Directing Entry of Final Judgment**

Indiana Department of Correction inmate Brandon C. Savage filed this 42 U.S.C. § 1983 action *pro se* on February 19, 2020, concerning his conditions of confinement at the Wabash Valley Correctional Facility in Carlisle, Indiana. Dkt. 1. Mr. Savage did not pay the filing fee when he commenced this lawsuit, instead submitting a one-page report from his prison inmate trust account. Dkt. 2. That page was docketed as a motion for leave to proceed *in forma pauperis*. Dkt. 2. But the Court discovered that Mr. Savage is not eligible to proceed *in forma pauperis* because he has on three or more occasions, while a prisoner, filed civil suits that have been dismissed for being frivolous, malicious, or failing to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(g). Mr. Savage had previously received notice of his status as a "three striker" under § 1915(g), and here he did not allege that the claims in his lawsuit concerned an imminent danger of serious physical injury. *See id.*

Mr. Savage was denied leave to proceed *in forma pauperis* and directed to pay the $400 filing fee no later than March 31, 2020. Dkt. 5. He was warned that the failure to pay the filing fee

1

by that deadline would result in the dismissal of this action and entry of final judgment without further notice. *Id.* Mr. Savage has not paid the filing fee and the time for doing so has long passed.

Accordingly, for the reasons set forth in the Court's Order of February 25, 2020, *see* dkt. 5, this action is **dismissed** for failure to comply with a Court order and pay the filing fee. Fed. R. Civ. P. 41(b).  Final judgment consistent with this Order shall now enter.

**SO ORDERED**.

Date: 5/8/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brandon C. Savage, 257047
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838